## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA: : | Docket No: 3:01CR156 (DJS) |
| VS. : | |
| DIONISIO JOSE VALLADARES RIVERA : | |

### ORDER

This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of the defendant's remaining balance of his special assessment, entered on January 18, 2002 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the defendant's special assessment balance is hereby remitted.

SO ORDERED.

Dated this _____ day of _____, 2006 at Hartford, Connecticut.

_____
HONORABLE DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE